UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONNIE PARKER,

        Defendant.

**DECISION AND ORDER**

14-CR-6045 EAW

---

This Court referred all pretrial matters in the case to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(B). On August 18, 2014, Magistrate Judge Payson issued a thorough Report and Recommendation, recommending that the Court determine Defendant competent to stand trial. (Dkt. 18).

Pursuant to Fed. R. Crim. P. 59(b)(2) and 28 U.S.C. § 636(b)(1)(C), the parties had 14 days after being served a copy of the Report and Recommendation to file objections. No objections were filed.

The Court has reviewed the Report and Recommendation as well as the filings previously made in the case, and finds no reason to reject or modify the Report and Recommendation of Magistrate Judge Payson. Therefore, the Court accepts and adopts the Report and Recommendation, and finds that Defendant is competent to stand trial as defined at 18 U.S.C. § 4241.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:   September 8, 2014
         Rochester, New York